UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
[ELECTRONICALLY FILED]

| | |
|---|---|
| MICHELE A. BRIGGS ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CASE NO. 3:16-cv-619-GNS |
| ) | |
| LSM PROPERTIES OF KENTUCKY, LLC ) | |
| ) | |
| Defendant ) | |

\* \* \* \* \* \* \*

### NOTICE OF REMOVAL

Defendant, LSM Properties of Kentucky, LLC ("Defendant"), by counsel, for its Notice of Removal of this action from Jefferson County, Kentucky Circuit Court, to this Court pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, respectfully states as follows:

1. On August 30, 2016, Plaintiff filed a cause of action against Defendant, which is currently pending in Jefferson County, Kentucky Circuit Court, Civil Action No. 16-CI-004208. Defendant was served with a summons on or about September 7, 2016.

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331 because Plaintiff's Complaint alleges violations of the Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12101 *et seq.*, by Defendant, though Plaintiff's allegations of liability and damages are denied.

3. This action arises from an incident that allegedly occurred on September 2, 2015 at property owned by Defendant located in Jefferson County, Kentucky. The Complaint alleges that Plaintiff fell due to a hazardous condition on or in close proximity to a wheelchair ramp at the property.

4. Pursuant to 28 U.S.C. § 1446(b), removal may be filed within thirty days after receipt of the initial pleading setting forth the claim for relief.

5. A copy of all process, pleadings, and written orders served as of the date of the filing of this Notice of Removal are attached hereto as **Exhibit 1**.

6. Written notice of the filing of this Notice of Removal, the exhibits thereto, the Notice and Certificate were mailed to Plaintiff's counsel today.

7. True and correct copies of the pleadings enumerated were filed with the Clerk of the Jefferson County, Kentucky Circuit Court today.

**WHEREFORE,** Defendant, LSM Properties of Kentucky, LLC, hereby removes this action from the Jefferson County, Kentucky Circuit Court to this Court for all other appropriate procedures.

Respectfully submitted,

/s/Bryce L. Cotton
Diane M. Laughlin
Bryce L. Cotton
Blackburn Domene & Burchett PLLC
614 West Main Street, Suite 3000
Louisville, Kentucky 40202
(502) 584-1600
(502) 584-9971 facsimile
dlaughlin@bdblawky.com
bcotton@bdblawky.com
*Counsel for Defendant, LSM Properties of Kentucky, LLC.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically and sent to counsel for Plaintiff, via U.S. Mail, postage prepaid, on this 27th day of September, 2016. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Teddy B. Gordon
Peter J. Jannace
807 W. Market Street
Louisville, KY 40202
*Counsel for Plaintiff*

/s/ Bryce L. Cotton
*Counsel for Defendant*